Monica Perales
Attorney at Law: 297739
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Chrisley Donald Griffin

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISLEY DONALD GRIFFIN, | Case No.: 5:16-cv-00072-AJW |
| Plaintiff, | [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,516.81 as authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   March 8, 2017

_____
THE HONORABLE ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE